**Order entered November 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00851-CV

**MERRITT, HAWKINS & ASSOCIATES, LLC, Appellant**

**V.**

**CHRIS CAPORICCI AND MATTHEW CUMMINS, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13851**

## ORDER

We **GRANT** appellees' October 30, 2015 unopposed motion for extension of time to file

brief and **ORDER** the brief be filed no later than November 23, 2015.


/s/  CRAIG STODDART
   JUSTICE